JS-6

FILED
CLERK, U.S. DISTRICT COURT

2/27/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALECSANDRA GEORGESCO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | Case No. 2:18-cv-07414-JAK-JEMx<br><br>**ORDER RE STIPULATION BETWEEN THE PARTIES TO (1) REMAND ACTION FROM FEDERAL TO STATE COURT; AND (2) LIMIT PLAINTIFF'S AVAILABLE RECOVERY TO $74,999.99 (DKT. 54)** |

Based on a review of the Stipulation Between the Parties to (1) Remand Action from Federal to State Court; and (2) Limit Plaintiff's Available Recovery to $74,999.99 ("Stipulation" (Dkt. 54)), good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED** as follows:

- Plaintiff is not eligible for an award of punitive damages;
- Plaintiff shall be limited in this action as to all parties to a total maximum recovery of no more than $74,999.99, excluding interest and costs; and
- Notwithstanding any verdict or award by the jury in this action, Plaintiff will not collect more than the maximum agreed-upon dollar figure of $74,999.99, excluding interest and costs.

Because there is no longer subject-matter jurisdiction over this action, it is remanded to the Los Angeles Superior Court, at its Stanley Mosk Courthouse, as Case No. BC715653.

**IT IS SO ORDERED.**

Dated: February 27, 2020

_____
John A. Kronstadt
United States District Judge